No. 79–1621.  Reynolds Metals Co. v. Aluminum Company of America et al.  C. A. 7th Cir.  Certiorari denied. Mr. Justice Powell would grant certiorari.